1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA GIRON,<br><br>            Plaintiff,<br><br>      v.<br><br>LEOPOLDO REY, et. al,<br><br>            Defendants. | Case No. 2:24-cv-7208-CV-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND PARTIALLY DISMISSING PLAINTIFF'S FIRST AMENDED COMPLAINT |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge

**IT IS ORDERED that the Third, Fourth, Fifth, and Seventh causes of action in Plaintiff's First Amended Complaint are dismissed with prejudice for failure to state a claim and lack of jurisdiction.**

1    This matter is referred back to the magistrate judge for further

2    proceedings on Plaintiff's remaining claims.

3

4

5

6    DATE:    11/24/25

7

*Cynthia Valenzuela*

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28