## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA GIRON,<br><br>                Plaintiff,<br><br>v.<br><br>LEOPOLDO REY, et al.,<br><br>                Defendants. | Case No. 2:24-cv-07208-CV-MBK<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Neither party has filed objections to the Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that all outstanding motions be denied as moot and this case dismissed with prejudice.

Dated: _____7/1/26_____      _Cynthia Valenzuela_____

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE