JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA GIRON,<br><br>              Plaintiff,<br><br>      v.<br><br>LEOPOLDO REY, et al,<br><br>              Defendants. | Case No. 2:24-cv-07208-CV-MBK<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that all outstanding motions are denied as moot and this action is dismissed with prejudice.

Dated:   7/1/26

*Cynthia Valenzuela*

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE